## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

KONECRANES, INC.

    Plaintiff,

                                                             Case No. 3:12-cv-0186

vs.

ALLIED ENGINEERING &
PRODUCTION COMPANY,

    Defendants.

---

### ORDER OF DISMISSAL: TERMINATION ENTRY

---

      The Court having been advised by counsel for the parties that the above matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED,** with prejudice as to the parties, provided that any of the parties may, upon good cause shown **within 60 days**, reopen the action if settlement is not consummated.

      Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

      The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

      **IT IS SO ORDERED.**

August 27, 2012

                                                    WALTER HERBERT RICE, JUDGE
                                                    UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record